UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Walter Norton</u>

    v.                               Civil No. 11-cv-282-JD

<u>United States of America</u>

### O R D E R

Walter Norton moves for reconsideration of the court's order that dismissed his motion to vacate his sentence, pursuant to 28 U.S.C. § 2255, because of a lack of jurisdiction. In his motion for reconsideration, Norton argues that his § 2255 claim was not untimely. The motion was dismissed due to a lack of jurisdiction, pursuant to § 2255(h), not because it was untimely.

### Conclusion

For the foregoing reasons, the plaintiff's motion for reconsideration (document no. 5) is denied.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

June 20, 2011

cc: Walter Norton #03327-049, pro se